UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:19-CR-00283-KJD-NJK |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| JENNIFER M. WILLIAMS, | |
| Defendant. | |

Before the Court is Defendant Jennifer Williams' Motion for Jury Trial (EFC No. 13) and Motion to Dismiss for Speedy Trial Violation (EFC No. 14), both filed in case number 19-mj-00661-EJY. On October 30, 2019, the United States Attorney filed an Information (Case No. 19-cr-00283-KJD-NJK) that moots the motions pending in Case Number 19-mj-00661-EJY.

Accordingly,

IT IS HEREBY ORDERED that Defendant's Motion for Jury Trial and Motion to Dismiss for Speedy Trial Violation (ECF Nos. 13 and 14) are DISMISSED as moot.

DATED: November 1, 2019

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1