# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JENNIFER M. WILLIAMS,<br><br>Defendant. | 2:19-cr-00283-KJD-NJK<br><br>**Order of Dismissal of the Criminal Information** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure the United States Attorney for the District of Nevada has moved to dismiss the Criminal Information and all charges brought against Jennifer M. Williams in the above captioned matter.

With leave of this Court, the Motion is granted and the Criminal Information (ECF. No. 20) is dismissed. All future court hearings to include the trial currently set for January 6, 2020 and the calendar call set for December 31, 2019 are hereby vacated. Any pending motions are deemed moot, and any conditions of pre-trial release are hereby exonerated.

IT IS SO ORDERED:

_____
Kent J. Dawson
United States District Judge

DATED: December 17, 2019